**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** <br><br> **v.** <br><br><br><br><br> **ROBERT EDWARD JONES,** <br> **Defendant.** <br><br> **and** <br><br> **CITY NATIONAL BANK,** <br> **Garnishee.** | ) | **CASE NO. EP-08-CR-1698(1)-FM** <br> **EP-08-CR-2268-FM** <br> **EP-09-CR-1871-FM** <br> **EP-09-CR-1872-FM** |

**<u>APPLICATION FOR WRIT OF GARNISHMENT</u>**
**(Redacted Version)**

The United States of America makes application pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205 to the Clerk of the United States District Court for the Western District of Texas to issue a writ of garnishment upon the property of the Defendant, who is a judgment debtor of the United States. The writ of garnishment is sought in connection with a judgment for restitution in this case in the amount of $60,906,055.82 against the Defendant, Robert Edward Jones, Social Security Number ***-**-1728, whose last known address is in, Anthony, TX 88021, but who presently is incarcerated at the Federal Correctional Institution FCI LA TUNA. According to the records of the United States District Clerk for the Western District of Texas, the current principal balance of the restitution judgment debt is $60,877,181.98 as of March 26, 2012. The restitution bears interest at the rate of .3% per year, and the liability is joint and several with co-defendants Patrick Woods and Ernesto Lopez.

Not less than thirty (30) days have elapsed since demand was made on the Defendant for payment of the debt, and the Defendant has failed to satisfy the debt. The Garnishee is believed to owe or will owe money or property to the Defendant, or is in possession of property of the Defendant, and said property is a substantial non-exempt interest of the Defendant. Specifically, it is believed that Defendant maintains signature authority on several accounts with the Garnishee.

The name and address of the Garnishee and/or its authorized agent is:

**City National Bank**
**555 South Flower Street**
**21st Floor, Compliance Support**
**Los Angeles, CA 90071**

The United States respectfully requests that the writ be continuing in nature, pursuant to 28 U.S.C. § 3205(c)(10). The United States is also entitled to a surcharge of ten percent of the amount of the debt under the provisions of 28 U.S.C. § 3011 in connection with the litigation of this post-judgment remedy.

Respectfully submitted,

ROBERT PITMAN
United States Attorney

By: Susan B. Biggs

SUSAN B. BIGGS
Assistant United States Attorney
Texas Bar No. 02312500
601 NW Loop 410, Suite 600
San Antonio, TX 78216
Tel: (210) 384-7255
Fax: (210) 384-7247
susan.biggs@usdoj.gov