**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

FILED
2012 APR -3 PM 3:04
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** <br><br> **v.** <br><br><br><br> **ROBERT EDWARD JONES,** <br> **Defendant.** <br> **and** <br><br> **CITY NATIONAL BANK,** <br> **Garnishee.** | ) | **CASE NO. EP-08-CR-1698(1)-FM** <br> **EP-08-CR-2268-FM** <br> **EP-09-CR-1871-FM** <br> **EP-09-CR-1872-FM** |

**<u>ORDER FOR ISSUANCE OF WRIT OF GARNISHMENT</u>**

The United States of America has applied for a writ of garnishment against Garnishee, City National Bank, for any property of the Defendant, Robert Edward Jones, for which Garnishee is or may become indebted to the Defendant. The Court, having considered the Application for Writ of Garnishment, finds that the application meets the requirements of 18 U.S.C. § 3613 and 28 U.S.C. § 3205, et seq. and should be granted.

It is therefore ORDERED that the Writ of Garnishment be issued by the Clerk.

It is further ORDERED that the United States of America serve Garnishee with a copy of the Writ of Garnishment, accompanied by an instruction explaining the requirement that the garnishee submit a written answer to the writ; that the United States of America serve the Defendant with a copy of the Writ of Garnishment, accompanied by instructions for objecting to the answer of the garnishee and for obtaining a hearing on the objections; and that the United States of America shall file a Certificate of Service with this Court when such service is accomplished.

IT IS FURTHER ORDERED that the Writ of Garnishment shall be continuing in nature and that it shall not terminate until one of the conditions of 28 U.S.C. § 3205(c)(10) is met.

DATED this 3 day of April, 2012.

**FRANK MONTALVO**
UNITED STATES DISTRICT JUDGE